UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRENCE MOORE,

      Plaintiff,                                    Case No. 12-12671
                                               Honorable Thomas L. Ludington

v.

ATTORNEY GRIEVANCE COMMISSION;
MICHIGAN SUPEME COURT; TODD A.
FOX; PETER J. ELLENSON; and NANCY
R. ALBERTS,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING COMPLAINT WITH PREJUDICE

Plaintiff Terrence Moore filed a *pro se* prisoner civil rights action, and he was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). On September 11, 2012, after screening the complaint, Magistrate Judge Charles E. Binder issued a report recommending the complaint be *sua sponte* dismissed for failure to state a claim for relief. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 6, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's complaint, ECF No. 1, is **DISMISSED** with prejudice.

Dated: December 14, 2012                        s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                           United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon Terrence Moore 208380, Lakeland Correctional Facility, 141 First Street, Coldwater, MI 49036 by first class U.S. mail on December 14, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS
